IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ROGER A. MANN, Administrator of the Estate of Tanya Diane Mann, Deceased, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 7:16-cv-00102<br>) |
| C. H. ROBINSON WORLDWIDE, INC., | )<br>) |
| Defendant. | )<br>) |
| CHARLES DONALD MEEKS, Administrator of the Estate of James Richard Anderson, *et al*, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 7:16-cv-00104<br>) |
| C. H. ROBINSON WORLDWIDE, INC., | )<br>) |
| Defendant. | )<br>) |
| JEREMY W. JOHNSON, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 7:16-cv-00140<br>) |
| C.H. ROBINSON WORLDWIDE, INC., | ) By:  Elizabeth K. Dillon<br>)        United States District Judge |
| Defendant. | )<br>) |

**ORDER**

In accordance with the memorandum opinion entered this day, it is ORDERED that:

1. The motion for summary judgment is DENIED;

2.    The motion to exclude Griffin's testimony is GRANTED IN PART, DENIED IN PART, and TAKEN UNDER ADVISEMENT IN PART;

3.    The motion to exclude Corsi's testimony is DENIED IN PART and TAKEN UNDER ADVISEMENT IN PART.

The clerk is directed to send a copy of this order and the accompanying memorandum opinion to all counsel of record.

Entered: July 27, 2017.

*/s/ Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge