IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| CHARLES DONALD MEEKS and VIVIAN JUNE MEEKS, ADMINISTRATORS OF THE ESTATE OF JAMES RICHARD ANDERSON, DECEASED, | ) ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 7:16-cv-104 |
| v. | ) ) | |
| C.H. ROBINSON WORLDWIDE, INC., *et al.*, | ) ) | |
| Defendant. | ) | |

## **ORDER OF DISTRIBUTION**

Plaintiffs' attorney currently holds $450,000.00 in funds that were tendered by defendants as part of the compromise settlement in this wrongful death case, a settlement approved by the court by order entered November 3, 2017. Consistent with the memorandum opinion issued today, the court hereby ORDERS that the settlement proceeds shall be disbursed by counsel for plaintiffs as follows:

| | |
|---|---:|
| Settlement Proceeds: | $450,000.00 |
| | |
| Litigation Expenses: | |
|     Martin & Helms, P.C. | $26,596.71 |
|     Phelan Petty, PLC | $12,925.70 |
| | |
| Attorney Fees ($170,000.00) | |
|     Martin & Helms, P.C. | $85,000.00 |
|     Phelan Petty, PLC | $85,000.00 |
| | |
| Balance to the Beneficiaries ($240,477.59) | |
| | |
|     Charles Donald Meeks | $113,238.80 |
|     Vivian June Meeks | $113,238.79 |
|     Raymond Anderson | $ 7,000.00 |

| | |
|---|---|
| Katie Anderson | $ 7,000.00 |

It is further ORDERED that this matter is dismissed with prejudice, and that the Clerk shall provide a copy of this order to all counsel of record and to the two unrepresented statutory beneficiaries, Raymond Anderson and Katie Anderson.

Entered: November 3, 2017.

/s/ *Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge